# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

In re The State of Texas,                    * Original Mandamus Proceeding

No. 11-14-00011-CR                           * January 16, 2014

                                             * Per Curiam Memorandum Opinion
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

This court has considered the State of Texas's motion to dismiss his application for emergency stay and writ of mandamus relating to trial court cause nos. 13-4347, 13-4370, and 13-4373 and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the proceeding is dismissed.